```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

JENNIFER JUSTO,                  :
  plaintiff,                    :
                                 :
v.                               :       Civil No. 3:09CV00576(AVC)
                                 :
SALEM RETAIL GROUP LLC,          :
ET AL.,                          :
  defendants.                   :

### ORDER

    Neither party has taken any action in this case since September 28, 2009.  Accordingly, the parties shall each file a status update on or before November 19, 2010.  If the parties fail to file such updates, the court may dismiss the matter for inactivity pursuant to Local Rule 41(a).

    It is SO ORDERED this 3rd day of November, 2010, at Hartford, Connecticut.

                                                  /s /
                                      _____
                                      Alfred V. Covello
                                      United States District Judge