# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JENNIFER JUSTO** | : | CIVIL ACTION NO.: |
| | : | |
| **Plaintiff** | : | |
| | : | 3:09-CV- 00576(avc) |
| vs. | : | |
| | : | |
| SALEM RETAIL GROUP, LLC d/b/a | : | |
| YELLOW MOON TOY COMPANY and | : | |
| TRACEY SALEM | : | |
| **Defendants** | : | October 16, 2009 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim Defendant, Jennifer Justo, and Defendants/Counterclaim Plaintiffs, Salem Retail Group, LLC d/b/a Yellow Moon Toy Company and Tracey Salem, hereby stipulate to the dismissal of this action with prejudice and without the imposition or award of fees or costs.

| PLAINTIFF/COUNTERCLAIM | DEFENDANTS/COUNTERCLAIM |
|---|---|
| DEFENDANT, JENNIFER JUSTO | PLAINTIFFS, SALEM RETAIL GROUP, LLC D/B/A YELLOW MOON TOY COMPANY AND TRACEY SALEM |
| By: _[signature]_ | By: _[signature]_ |
| Anthony J. Pantuso, III, Esq. | Anthony R. Minchella, Esq. |
| Federal Bar No. ct 11638 | Federal Bar No. ct18890 |
| The Pantuso Law Firm, LLC | Minchella & Associates, L.L.C. |
| 204 Broad Street, Second Floor | 530 Middlebury Road, Suite 209 B |
| Milford, CT 06460 | Middlebury, CT 06762 |
| (203) 876-0000 | (203) 758-1069 |
| (203) 877-1839 (facsimile) | (203) 758-2074 (facsimile) |
| apantuso@pantusolaw.com | aminchella@minchellalaw.com |

## **CERTIFICATION**

I certify that on November 4, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF system.

Anthony J. Pantuso, III, Esq.
The Pantuso Law Firm, LLC
204 Broad Street, 2nd Fl.
Milford, CT  06460

Jessica T. Boudreau, Esq.
The Pantuso Law Firm, LLC
204 Broad St., 2nd Floor
Milford, CT 06460

Dated:      November 4, 2010                         /s/ ct18890
            Middlebury, CT            Anthony R. Minchella